**No. 11-299. West Linn Corporate Park, L.L.C., Petitioner v. City of West Linn, Oregon, et al.**

565 U.S. 1045, 132 S. Ct. 578, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8250.

November 14, 2011. Motion of National Association of Home Builders, et al. for leave to file a brief as amici curiae granted. Motion of Pacific Legal Foundation for leave to file a brief as amicus curiae granted. Motion of New England Legal Foundation for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 700.